COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-19-00762-CV

Style:                       Noah Daniel Radbil and The Law Office of Noah D. Radbil, PLLC
v. Medard Interest,Inc., Claude Phillipe Medard and Claude Pierre Medard

Trial Court Case Number:     2019-22529

Trial Court:                 281st District Court of Harris County

Type of Motion:              Objection to Mediation

Party Filing Motion:         Appellee

Appellee has objected to mediation.  The Court's mediation order dated October 17, 2019 is withdrawn.

Judge's signature: /s/ Peter Kelly
                        Acting individually

Date:   October 28, 2019

---

\*        Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).